UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Kari Dillon,<br><br>     Plaintiff,<br><br>v.<br><br>Enhanced Recovery Corporation,<br><br>     Defendant. | Case No.:<br><br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2. Plaintiff is a natural person that resided in San Antonio, Texas at all times relevant to this action.

3. Defendant is a Delaware Corporation that maintained its principal place of business in Jacksonville, FL at all times relevant to this action.

4. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

5. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

6. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

7. Throughout June 2010, Defendant telephoned the residence of Plaintiff's friend ("Bailey") on numerous occasions in connection with the collection of the debt.

8. During at least one of these communications, Defendant disclosed to Bailey that Plaintiff owed a debt.

9. During at least one of these communications, Bailey informed Defendant that Plaintiff could not be reached at Bailey's residence, but Defendant continued to call Bailey in connection with the collection of the debt thereafter.

10. Defendant caused Plaintiff emotional distress.

11. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

12. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

13. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## JURY DEMAND

16. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

17. Plaintiff prays for the following relief:

    a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

b.  For such other legal and/or equitable relief as the Court deems appropriate.

                              RESPECTFULLY SUBMITTED,

                    By: /s/ Bryan Fears
                        Bryan Fears, Bar # 24040886
                        Macey & Aleman, P.C. – Of Counsel
                        4925 Greenville Avenue, Suite 715
                        Dallas, TX 75206
                        Telephone: (214)-890-0711
                        Email: fears@fnlawfirm.com